# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Jaime Leon Arguelles, both individually, and on behalf of those similarly situated,<br>　　　　　　Plaintiffs,<br>　v.<br>Selected Furniture, LLC. and<br>Tomer Shlafrok,<br>　　　　　　Defendants. | )<br>)<br>) Case No. 1:23-cv-00554-JMS-TAB<br>)<br>) Judge Jane Magnus-Stinson<br>)<br>) Magistrate Judge Tim A. Baker<br>) |

## Order of Dismissal

On June 26, 2024, the parties in this case filed a joint stipulation of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation signed by counsel for both parties, reported to the Court that they have resolved the issues in the case under terms that are fair and reasonable, due notice having been served and the Court being advised, It is Ordered:

1. Pursuant to the Stipulation, this case is dismissed with prejudice and without costs, with each party to bear party's own attorney's fees and costs.

2. Accordingly, the Clerk of the Court is hereby DIRECTED to TERMINATE this case [36].

IT IS SO ORDERED.

Date: 6/27/2024

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF